IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KARLOS BASS**  PLAINTIFF
#253861

v.  No: 4:21-cv-1011-DPM

**ERIC HIGGINS**, Sheriff, Pulaski County;
**ROSE**, Major, Supervisor, PCRDF;
**ALLEN**, Lieutenant, Housing, PCRDF; and
**NEWBURN**, Lieutenant, Housing Night Shift,
**PCRDF**  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Bass hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2021